190 So. 920

**Wilmer COFIELD v. STATE.**

**7 Div. 447.**

Court of Appeals of Alabama.
June 6, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

195 So. 907

**Morris COHEN v. CITY OF BIRMINGHAM.**

**6 Div. 447.**

Court of Appeals of Alabama.
Jan. 30, 1940.

Application for Rehearing Stricken
March 19, 1940.

Amzi G. Barber and Hugh Barber, both of Birmingham, for appellant.
Ralph E. Parker, of Birmingham, for appellee.

SAMFORD, Judge.
Affirmed.

192 So. 912

**John COLLIER et al. v. Paul CAMRON.**

**8 Div. 948.**

Court of Appeals of Alabama.
Nov. 28, 1939.

R. E. Proctor and Perdue & Miller, all of Moulton, for appellants.
R. L. Almon, of Moulton, for appellee.

PER CURIAM.
Appeal dismissed on motion of appellants.

193 So. 884

**Clarence COOPER v. STATE.**

**7 Div. 452.**

Court of Appeals of Alabama.
Jan. 16, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Appeal dismissed.

194 So. 891

**Clarence COOPER v. STATE.**

**7 Div. 511.**

Court of Appeals of Alabama.
Feb. 13, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed on motion of appellant.

193 So. 884

**Jim COOPER v. STATE.**

**7 Div. 497.**

Court of Appeals of Alabama.
June 16, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Affirmed.